# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE PHILLIP S. FIGA

| | |
|---|---|
| Courtroom Deputy: Valeri P. Barnes<br>Court Reporter: Darlene Martinez | Date: March 6, 2007 |

Civil Action No.  07-cv-00423-REB

| *Parties:* | *Counsel:* |
|---|---|
| REALTY EXECUTIVES INTERNATIONAL, INC.,<br>an Arizona corporation, | Kristi Blumhardt |
|     Plaintiff, | |
| v. | |
| RED SERVICES, INC. d/b/a Realty Executives<br>of Denver;<br>JACK JOLLY; and<br>DON BRUNKHARDT, | T. Michael Carrington |
|     Defendants. | |

_____

## COURTROOM MINUTES
_____

HEARING: Temporary Restraining Order

**2:48 p.m.     Court in session.**

Also present: Defendants Don Brunkhardt and Jack Jolly.

Parties have reached a stipulation.

The stipulation was read into the record.

**ORDER:**     The case shall be reassigned to Judge Phillip S. Figa.

**ORDER:** Plaintiff's Motion and Brief in Support of Temporary Restraining Order and Preliminary Injunction **(2)** is **withdrawn.**

**ORDER:** The stipulation is accepted by the Court.

**ORDER:** Case dismissed with prejudice. Each party to pay their own attorneys' fees and costs.

**2:59 p.m.** **Court in recess/hearing concluded.**

Total in-court time: 00:11